Opinion issued July17, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00916-CV

____________


CHRISTOPHER C. FINLAY, Appellant


V.


RELATED CORPORATE XXII SLP,L.P., Appellee






On Appeal from the 270th District Court

Harris County, Texas

Trial Court Cause No. 2006-71473






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss their appeal. The abatement
ordered in our order of February 15, 2008 is lifted. The parties represent to this Court
that they have settled their disputed and no controversy exists between them. Accordingly, this appeal is moot. We dismiss the appeal.

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley.